||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CHARLES BROWN, et al.,<br><br>                Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER DISMISSING CERTAIN DEFENDANTS |

BEFORE THE COURT is Plaintiff's Limited Notice of Voluntary Dismissal (ECF No. 55). Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 11, 2013, seeking to dismiss its claims against certain Defendants. Because the subject Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss its claims against them. Fed. R. Civ. P. 41(a)(1)(A)(i).

All claims and causes of action against the following Defendants are dismissed **without** prejudice and without an award of fees or costs:

ORDER DISMISSING CERTAIN DEFENDANTS ~ 1

| | |
|---|---|
| 1 | Charles Solberg; |
| | William Brown; |
| 2 | Jennifer Boyd; |
| | Allen Athos; |
| 3 | Candace Roberts; |
| | Doe No. 6, IP address 50.123.71.79 / 12/22/2012 at 02:00:54 a.m. UTC; and |
| 4 | Doe No. 24, IP address 50.35.221.25 / 12/02/2012 at 06:06:35 a.m. UTC. |

All claims and causes of action against Defendant Doe No. 5, IP address 68.113.9.56 / 12/29/2012 at 02:24:01 a.m. UTC, are dismissed **with** prejudice and without an award of fees or costs.

**IT IS HEREBY ORDERED:**

All claims and causes of action against the above-listed defendants are **DISMISSED** on the terms specified.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and furnish copies to Defendants whose addresses are presently of record, and **TERMINATE** the above-listed Defendants.

**DATED** October 16, 2013.

*/s/ Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER DISMISSING CERTAIN DEFENDANTS ~ 2