UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CHARLES BROWN, et al.,<br><br>            Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER DISMISSING DEFENDANT JOHN DOE NO. 2 |

BEFORE THE COURT is Plaintiff's Limited Notice of Voluntary Dismissal as to Doe No. 2 (ECF No. 71). Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 24, 2013, seeking to dismiss its claims against Defendant John Doe No. 2. Because John Doe No. 2 has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss its claims against him or her. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER DISMISSING DOE NO. 2 ~ 1

All claims and causes of action against Defendant John Doe No. 2, IP address 67.185.250.190 / 02/16/2013 at 12:09:48 a.m. UTC, are dismissed **with prejudice** and without an award of fees or costs.

**IT IS HEREBY ORDERED:**

All claims and causes of action against Defendant John Doe No. 2, IP address 67.185.250.190 / 02/16/2013 at 12:09:48 a.m. UTC, are **DISMISSED with prejudice** and without an award of fees or costs.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and furnish copies to Defendants whose addresses are presently of record, and **TERMINATE** Defendant John Doe No. 2.

**DATED** October 25, 2013.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING DOE NO. 2 ~ 2