Case 2:13-cv-00115-TOR   Document 77   Filed 11/04/13

NICHOLAS D. KOVARIK, WSBA #35462
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Suite 410
Spokane, WA 99201
Email: nick@pkylawyers.com
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
HONORABLE THOMAS O. RICE

| ELF-MAN, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:13-CV-00115-TOR |
| v. | ) | **STIPULATION AND ORDER OF DISMISSAL WITH REGARD TO DEFENDANT OLGA SYMONENKO ONLY** |
| Charles Brown, an individual; | ) | |
| C.G. Chinque Albright, an individual; | ) | **[CLERK'S ACTION REQUIRED]** |
| Andrew Lint, an individual; | ) | |
| Ryan Hintz, an individual; | ) | |
| Jon Bauer, an individual; | ) | |
| Stephanie Housden, and individual; | ) | |
| Carlos Rodriguez, an individual; | ) | |
| Shannon Williams, an individual; | ) | |
| Candace Roberts, an individual; | ) | |
| Robert Luttrell, an individual; | ) | |
| Jessi Galloway, an individual; | ) | |
| Olga Symonenko, an individual; | ) | |
| Josephine Geroe, an individual; | ) | |
| Allen Athos, an individual; | ) | |
| Kurt Ogden, an individual; | ) | |
| Chrisann Ogden, an individual; | ) | |
| Amanda Simons, an individual; | ) | |
| Stephen Mize, an individual; | ) | |
| //// | ) | |

STIPULATION AND ORDER... - 1



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

```
Dean Barnett, an individual        )
Brenda Barnett, an individual;     )
Charles Solberg, an individual;    )
Ryan Lamberson, an individual;     )
Melinda Brommer, an individual;    )
David Starr, an individual;        )
Rafael Torres, an individual;      )
Racheal Graham, an individual;     )
Jennifer Boyd, an individual;      )
William Brown, an individual;      )
DOE 2, DOE 5, DOE 6, and DOE       )
24,
                Defendants.
```

## STIPULATION

IT IS HEREBY STIPULATED between Defendant, Olga Symonenko, and Plaintiff Elf-Man, LLC, by and through their undersigned counsel, without admitting liability or guilt, that:

Defendant Olga Symonenko, only, without prejudice to other defendants' rights, shall be PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff. Further, Defendant Olga Symonenko is directed to destroy all unauthorized copies of Plaintiff's motion picture in her possession or

STIPULATION AND ORDER... - 2

Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

subject to her control.  This action shall be dismissed with prejudice, with regard to Defendant Olga Symonenko only and without fees or costs to either party.  The following Order Of Dismissal is hereby approved and Notice of Presentment is waived.

DATED this 4th day of November, 2013.

THE VANDERMAY LAW FIRM	PISKEL YAHNE KOVARIK, PLLC

_____	_____
MAUREEN C. VANDERMAY,	NICHOLAS D. KOVARIK,
WSBA #16742	WSBA #35462
Attorneys for Plaintiff	Attorneys for Defendant Olga Symonenko

## ORDER OF DISMISAL

Pursuant to the above Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

Defendant Olga Symonenko, only, without prejudice to other defendants' rights, shall be PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or

STIPULATION AND ORDER... - 3

with the express authority of Plaintiff. Further, Defendant Olga Symonenko is directed to destroy all unauthorized copies of Plaintiff's motion picture in her possession or subject to her control. This action shall be dismissed with prejudice, with regard to Defendant Olga Symonenko only and without fees or costs to either party.

DONE IN OPEN COURT this ___ day of October, 2013.

_____
HON. THOMAS O. RICE

Presented by:

PISKEL YAHNE KOVARIK, PLLC

_____
NICHOLAS D. KOVARIK, WSBA #35462
Attorneys for Defendant Olga Symonenko

Approved as to Form, notice of presentment waived:

THE VANDERMAY LAW FIRM

_____
MAUREEN C. VANDERMAY, WSBA #16742
Attorneys for Plaintiff

STIPULATION AND ORDER... - 4



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

## CERTIFICATE OF SERVICE

I certify that on ~~October~~ November 4, 2013, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Plaintiffs Counsel*:

Maureen Callahan VanderMay
The VanderMay Law Firm
2085 Commercial Street NE
Salem, OR 97301
503.588.8053
Email: efile@vandermaylawfirm.com

*Co-Defendants Counsel*:

Erin Elizabeth Moore
Meyer Fluegge & Tenney
230 S Second Street
PO Box 22680
Yakima, WA 98907
509.575.8500
Email: moore@mftlaw.com

Robert Luttrell
40810 North Bruce Road
Elk, WA 99009

John Whitaker
Whitaker Law Group
1218 Third Avenue Ste. 1809
Seattle, WA 98101
206.436.8500
Email: john@wlawgrp.com

STIPULATION AND ORDER... - 5



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

Ryan Hintz
69204 N SR 225
Benton City, WA 99320

John Christopher Lynch
Lee & Hayes, PLLC
601 West Riverside Ave. Ste. 1400
Spokane, WA 99201

Jeffrey Ray Smith
Lee & Hayes, PLLC
601 W. Riverside Ave. Ste. 1400
Spokane, WA 99201

Rhett V. Barney
Lee & Hayes, PLLC
601 W. Riverside Ave. Ste. 1400
Spokane, WA 99201

Counsel has reviewed ECF/PACER and no contact information can be found for the following Defendant's and, therefore, the following Defendant's have not been served with these documents: Candace Roberts, Doe 2, Doe 5, Doe 6, Jon Bauer, Carlos Rodriquez, Shannon Williams, Doe 24, Rafael Torres, Racheal Graham, William Brown, Stephanie Housden, Chrisann Ogden, Brenda Barnett, Andrew Lint, Allen Athos, Kurt Ogden, Amanda Simons, Stephen Mize, Dean Barnett, Charles Solberg, Melinda Brommer, David Starr and Jennifer Boyd.

///

///



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

s/ Nicholas D. Kovarik
NICHOLAS D. KOVARIK
Attorneys for Defendant, Olga Symonenko
Piskel Yahne Kovarik, PLLC
522 W. Riverside Ave. Ste 410
Spokane, WA 99201
Telephone: 509.321.5930
Fax: 509.321.5935
Email: nick@pyklawyers.com