UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>CHARLES BROWN, et al.,<br><br>                    Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER |

BEFORE THE COURT is Plaintiff's Limited Notice of Voluntary Dismissal as to Defendant Charles Brown (ECF No. 74).  Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 30, 2013, seeking to dismiss its claims against Defendant Charles Brown.  Because Mr. Brown has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss its claims against him.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, all claims and causes of action against Defendant Charles Brown are **DISMISSED** without prejudice and without an award of fees

ORDER ~ 1

1 or costs to either party.  The District Court executive is directed to **TERMINATE**
2 Defendant Charles Brown.

3    ALSO BEFORE THE COURT is Defendant Chrisann Ogden's Motion to
4 Continue (ECF No. 62).  The Court construes the motion as a request for additional
5 time within which to answer Plaintiff's First Amended Complaint.  Plaintiff has
6 not objected to such an extension.  ECF No. 70.  Accordingly, the motion is hereby
7 **GRANTED**.  Defendant Chrisann Ogden shall file an answer to Plaintiff's First
8 Amended Complaint on or before **December 20, 2013**.

9    ALSO BEFORE THE COURT is a Stipulation of Dismissal filed by
10 Plaintiff and Defendant Olga Symonenko pursuant to Federal Rule of Civil
11 Procedure 41(a)(1)(A)(ii).  ECF No. 77.  Pursuant to the parties' stipulation,
12 Defendant Olga Symonenko, only, without prejudice to other Defendants' rights,
13 shall be PERMANENTLY ENJOINED from directly, contributorily or indirectly
14 infringing Plaintiff's rights in Plaintiff's motion picture, including without
15 limitation by using the internet to reproduce or copy Plaintiff's motion picture, to
16 distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available
17 for distribution to the public, except pursuant to lawful written license or with the
18 express authority of Plaintiff.  Further, Defendant Olga Symonenko is directed to
19 destroy all unauthorized copies of Plaintiff's motion picture in her possession or
20 subject to her control.  Plaintiff's claims against Defendant Olga Symonenko are

hereby **DISMISSED** with prejudice and without fees or costs to either party.  The District Court executive is directed to **TERMINATE** Defendant Olga Symonenko.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and furnish copies to the remaining Defendants whose addresses are presently of record.

**DATED** November 21, 2013.



THOMAS O. RICE
United States District Judge

ORDER ~ 3