```
Chrisann & Kurt Ogden
114 E Graves Rd
Spokane, WA, 99218
Chrisanno@hotmail.com
(509)599-6641
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC | Case No.: 2:13-CV-00115-TOR |
| Plaintiff, | |
| vs. | |
| Charles Brown, an individual; | ANSWERR TO COMPLAINT DENYING ALLEGATION OF COPYRIGHT INFRINGEMENT |
| Chrisann Ogden, an individual; | |
| Kurt Ogden, an individual; | Date: December 20, 2013<br>Hearing time 6:30pm |
| Defendant, | |

Defendant CHRISANN and KURT OGDEN ("Defendant's") now answers the Complaint against them alleging copyright infringement, and denies any and all such allegations

1. Chrisann and Kurt Ogden deny all allegations on the copyright infringement.
2. Bit Torrent was never downloaded on any of the computers that they own.

*[signatures: Chrisann Ogden, Kurt Ogden]*

_Your signature_
Chrisann Ogden
Kurt Ogden
Email:
Chrisanno@hotmail.com
114 East Graves Rd
Spokane Wa. 99218
(509)599-6641