1  MICHAEL P. MATESKY, II            HONORABLE THOMAS O. RICE
2  (WSBA# 39586)
3  MATESKY LAW PLLC
   1001 4th Ave., Suite 3200
4  Seattle, WA 98154
5  Ph:  206.701.0331
   Fax: 206.701.0332
6  Email: mike@mateskylaw.com;
7         litigation@mateskylaw.com

8

9  **UNITED STATES DISTRICT COURT**
10 **EASTERN DISTRICT OF WASHINGTON**

11

12

13  ELF-MAN, LLC,                    | NO.  2:13-CV-00115-TOR

14          Plaintiff,               | DECLARATION OF MICHAEL P.
15                                   | MATESKY, II, IN SUPPORT OF
    v.                               | DEFENDANTS' MOTION TO
16                                   | DISMISS, OR FOR MORE
    CHARLES BROWN, et. al.,          | DEFINITE STATEMENT
17

18          Defendants.

19

20

21

22

23

24

25

26

27

28

Matesky Declaration

I, Michael P. Matesky, II, make the following declaration based on my own personal knowledge:

1. I am now and at all relevant times have been an attorney and principal at Matesky Law PLLC. I represent Defendants Josephine Geroe and David Starr in the above-captioned matter.

2. I also represent Defendants Eric Cariveau, Leon Kimmerling, Becky Peloquin, and Steven Peloquin in a nearly-identical suit filed by the Plaintiff Elf-Man LLC in the Western District of Washington and proceeding under Judge Lasnik: *Elf-Man, LLC v. Cariveau*, 2:13-cv-507-RSL (W.D. Wash.).

3. On October 30, 2013, I filed a Motion to Dismiss or for More Definite Statement, Dkt. No. 60, in *Elf-Man, LLC v. Cariveau*, 2:13-cv-507-RSL (W.D. Wash.).

4. On November 1, 2013, I also filed a Motion to Dismiss or for More Definite Statement, Dkt. No. 76, in the above-captioned case, which presented the same arguments as the motion filed in the Western District of Washington case.

5. Exhibit A attached hereto is a true and correct copy of Judge Lasnik's order granting Defendants' Motion to Dismiss, or for More Definite Statement, issued on January 17, 2014, in *Elf-Man LLC v. Cariveau*, No. 2:13-cv-507-RSL (W.D. Wash.).

Matesky Declaration - 1
© 2013 Matesky Law

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 17, 2014 at Barcelona, Spain.

s/ Michael P. Matesky, II\_\_\_\_\_

Michael P. Matesky, II

MATESKY LAW<sup>PLLC</sup>

/s/ Michael P. Matesky, II

Michael P. Matesky, II
(WSBA# 39586)
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.702.0332
Email: mike@mateskylaw.com;
litigation@mateskylaw.com

Attorney for Defendants Josephine Geroe and David Starr

Matesky Declaration - 2
© 2013 Matesky Law

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on the date stated below, which will cause the foregoing to be electronically served on all parties of record who have consented to such electronic service.

Dated this 17th day of <u>January</u>, 2014        /s/ Michael P. Matesky, II
                                                  Michael P. Matesky, II