1  Maureen C. VanderMay, WSBA No. 16742
   The VanderMay Law Firm PC
2  2021 S. Jones Blvd.
   Las Vegas, Nevada 89146
3  (702) 538-9300

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF WASHINGTON

   ELF-MAN, LLC,                    )   Case No.: 2:13-CV-00115-TOR
9                                   )
             Plaintiff,              )   DECLARATION OF COUNSEL
10                                  )   IN SUPPORT OF MOTION TO
   v.                               )   WITHDRAW AS PLAINTIFF'S
11                                  )   COUNSEL OF RECORD
   C. G. CHINQUE ALBRIGHT, et al.   )
12                                  )
             Defendants.             )
13 _____  )

14 I, Maureen C. VanderMay, submit the following declaration:

15 1.    I am counsel of record for Plaintiff in the above-entitled matter.

16 2.    I make this declaration in support of my Motion to Withdraw as Plaintiff's

17 Counsel of Record. My statements are true to the best of my own knowledge,

18 except as to those matters which are therein alleged on information and belief, and

19 as to those matters, I believe them to be true.

20 2.    Issues have arisen with Plaintiff's representatives that preclude me from both

21 continuing with representation of Plaintiff and complying with the governing rules

22 of professional conduct. Because of their privileged and confidential nature, I am

23 not setting forth herein in greater detail the reasons for the accompanying motion.

24 In the event that the Court requires me to disclose this information, I request that I

25 be permitted to provide this information under seal.

26

27 DECLARATION OF COUNSEL IN SUPPORT
   OF MOTION TO WITHDRAW AS PLAINTIFF'S
28 COUNSEL OF RECORD - Page 1

3.	Plaintiff's representatives have been provided with notice of our intent to file the accompanying motion and have reported that they are diligently seeking replacement counsel.

4.	In order to allow Plaintiff sufficient time to locate and retain replacement counsel, our motion asks that Plaintiff be afforded at least sixty (60) days to do so.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: June 3, 2014

                                         Respectfully submitted,

                                         The VanderMay Law Firm

                                         <u>s/ Maureen C. VanderMay</u>
                                         Maureen C. VanderMay, WSBA No. 16742
                                         elfmanwa@vandermaylawfirm.com
                                         The VanderMay Law Firm PC
                                         2021 S. Jones Blvd.
                                         Las Vegas, Nevada 89146
                                         Of Attorneys for Plaintiff

DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD - Page 2