David A. Lowe
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
206.381.3300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>C.G. CHINQUE ALBRIGHT, et al.<br><br>    Defendants. | Civil Action No. 13-cv-00115 TOR<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Plaintiff Elf-Man, LLC hereby appears in the above action by its attorneys and requests that all future papers or pleadings in this case, except original process, be served upon its attorneys at their address below.

RESPECTFULLY SUBMITTED this 18th day of June, 2014.

                                            s/David A. Lowe, WSBA No. 24,453
                                             Lowe@LoweGrahamJones.com
                                             LOWE GRAHAM JONES$^{PLLC}$
                                             701 Fifth Avenue, Suite 4800
                                             Seattle, WA 98104
                                             T: 206.381.3300
                                             F: 206.381.3301

                                             Attorneys for Plaintiff Elf-Man, LLC

NOTICE OF APPEARANCE - 1
Civil Action No. 13-cv-00115
INIP-6-0002P01 NOA

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 18, 2014 to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

NOTICE OF APPEARANCE - 2
Civil Action No. 13-cv-00115
INIP-6-0002P01 NOA

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301