UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. G. CHINQUE ALBRIGHT, et al.,<br><br>　　　　　Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER DISMISSING DEFENDANTS JOSEPHINE GEROE AND DAVID STARR WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Amended Stipulated Dismissal of Josephine Geroe with Prejudice (ECF Nos. 113 & 114). Pursuant to the parties' stipulation, the Court will dismiss the action solely against Josephine Geroe with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　ALSO BEFORE THE COURT is the parties Stipulated Dismissal of David Starr with Prejudice (ECF No. 115). Pursuant to the parties' stipulation, the Court

ORDER DISMISSING CERTAIN DEFENDANTS ~ 1

will also dismiss the action solely against David Starr with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS HEREBY ORDERED:**

1. All claims and causes of action against Defendant Josephine Geroe are **DISMISSED** with prejudice and without an award of fees or costs.

2. All claims and causes of action against Defendant David Starr are **DISMISSED** with prejudice and without an award of fees or costs.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **TERMINATE** Defendants Josephine Geroe and David Starr.

**DATED** July 1, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING CERTAIN DEFENDANTS ~ 2