David A. Lowe
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
206.381.3300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>C.G. CHINQUE ALBRIGHT, et al.<br><br>        Defendants. | Civil Action No. 13-cv-00115 TOR<br><br>STIPULATED PERMANENT INJUNCTION AND DISMISSAL OF STEPHEN MIZE |

    As attested to by the signatures below, this matter comes before the Court on the parties' joint stipulation. On March 22, 2013, Plaintiff Elf-Man, LLC filed this action against various Doe Defendants in the United States District Court for the Eastern District of Washington, Case No. 2:13-cv-00115-TOR, for Copyright Infringement, 17 U.S.C. §§ 101, et seq. (ECF No. 1), resulting from the illegal copying and distribution of Plaintiff's motion picture entitled Elf-Man, registered with the United States Copyright Office, Reg. No. PAu 1-823-286.

    Defendant, previously identified as Doe No. 19 in the initial complaint by the Internet Protocol address of 71.37.135.90 on 12/20/2012 at 03:21:11 AM UTC, has been identified in Plaintiff's First Amended Complaint as Stephen Mize of Spokane, Washington.

    To fully and finally resolve all claims between the parties and the matters before the Court, the parties have reached a settlement whereby Defendant agrees without

STIPULATED PERMANENT INJUNCTION AND
DISMISSAL OF STEPHEN MIZE - 1
Civil Action No. 13-cv-00115
INIP-6-0002P06 StipINJ - Mize

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

admission of fault or liability to entry of this Stipulated Injunction, and the parties to dismissal with prejudice of Plaintiff's claims and with each side bearing its own costs and attorneys' fees.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties, as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiff has valid and enforceable rights in the original copyrighted work Elf-Man, registered with the United States Copyright Office, Reg. No. PAu 1-823-286.

3. Defendant was assigned the Internet Protocol address 71.37.135.90 on 12/20/2012 at 03:21:11 AM UTC and, as such, is a proper named defendant in this action.

4. Defendant does not dispute the accuracy of the factual allegations in Plaintiff's First Amended Complaint that give rise to Plaintiff's claim for copyright infringement, but denies any fault or liability related thereto.

5. Defendant Stephen Mize is PERMANENTLY ENJOINED from directly or contributorily infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff.

6. To the extent that any such material exists, Defendant is directed to destroy all unauthorized copies of Plaintiff's motion picture in his possession or subject to his control.

7. This case is dismissed with prejudice and each party shall bear its own costs and attorney's fees incurred in connection with this action.

STIPULATED PERMANENT INJUNCTION AND
DISMISSAL OF STEPHEN MIZE - 2
Civil Action No. 13-cv-00115
INIP-6-0002P06 StipINJ - Mize

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

DATED this _____ day of _____, 2014.

_____
The Honorable Thomas O. Rice

RESPECTFULLY SUBMITTED this 30 day of July, 2014.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

_____
Stephen Mize
W. 116 Holland Avenue
Spokane, WA 99218

*Defendant Pro Se*

STIPULATED PERMANENT INJUNCTION AND
DISMISSAL OF STEPHEN MIZE - 3
Civil Action No. 13-cv-00115
INIP-6-0002P06 StipINJ - Mize

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301