UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ELF-MAN, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C. G. CHINQUE ALBRIGHT, et al.,<br><br>　　　　　　Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER DISMISSING DEFENDANTS MIZE, GRAHAM, AND OGDEN WITH PREJUDICE |
|---|---|

BEFORE THE COURT is the parties' Stipulated Permanent Injunction and Dismissal of Stephen Mize (ECF No. 117).  Pursuant to the parties' stipulation, the Court will dismiss the action solely against Stephen Mize with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

ALSO BEFORE THE COURT is the parties' Stipulated Permanent Injunction and Dismissal of Racheal Graham (ECF No. 118). Pursuant to the parties' stipulation, the Court will dismiss the action solely against Rachel Graham

ORDER DISMISSING DEFENDANTS MIZE, GRAHAM, AND OGDEN~ 1

with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

ALSO BEFORE THE COURT is the parties' Stipulated Permanent Injunction and Dismissal of Kurt and Chrisann Ogden (ECF No. 119). Pursuant to the parties' stipulation, the Court will dismiss the action solely against Kurt and Chrisann Ogden with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Pursuant to each party's agreement with Plaintiff, each defendant named herein has agreed to be enjoined from directly or contributorily infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or the express authority of Plaintiff. To the extent that any such material exists, Defendants agreed to destroy all unauthorized copies of Plaintiff's motion picture in his or her possession or subject to his or her control.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. All claims and causes of action against Defendant Stephen Mize are **DISMISSED** with prejudice and without an award of fees or costs.

1    2. All claims and causes of action against Defendant Racheal Graham are

2        **DISMISSED** with prejudice and without an award of fees or costs.

3    3. All claims and causes of action against Defendants Kurt and Chrisann

4        Ogden are **DISMISSED** with prejudice and without an award of fees or

5        costs.

6    The District Court Executive is hereby directed to enter this Order, provide

7 copies to counsel, and **TERMINATE** Defendants Stephen Mize; Racheal Graham;

8 and Kurt and Chrisann Ogden.

9    **DATED** August 7, 2014.



                    THOMAS O. RICE
                 United States District Judge

ORDER DISMISSING DEFENDANTS MIZE, GRAHAM, AND OGDEN ~ 3