David A. Lowe
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
206.381.3300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>C.G. CHINQUE ALBRIGHT, et al.<br><br>  Defendants. | Civil Action No. 13-cv-00115 TOR<br><br>PLAINTIFF'S MOTION TO SEAL EXHIBITS A-F TO DANIEL MACEK DECLARATION<br><br>10/6/14<br>Without Oral Argument |

Plaintiff Elf-Man, LLC requests leave of court to file Exhibits A-F to the Declaration of Daniel Macek in support of default judgment under seal on the grounds that these exhibits may be viewed as containing confidential information related to the defaulted Defendants. Exhibits A-F are copies of printouts of BitTorrent activity associated with each of the Defendants close in time to the infringement at issue in this case. In an exercise of caution, to honor any perceived or actual confidential nature of the disclosed BitTorrent content (which designation was urged by at least one defendant in *Elf-Man, LLC v. Lamberson*, 2:13-cv-395-TOR for similar data), Plaintiff requests leave to file the attached exhibits under seal.

PLAINTIFF'S MOTION TO SEAL EXHIBITS A-F TO
DANIEL MACEK DECLARATION - 1
Civil Action No. 13-cv-00115
INIP-6-0002P06 MOT Seal

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED this 5th day of September, 2014.

        s/David A. Lowe, WSBA No. 24,453
        Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES<sup>PLLC</sup>
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300
        F: 206.381.3301

        Attorneys for Elf-Man, LLC

PLAINTIFF'S MOTION TO SEAL EXHIBITS A-F TO
DANIEL MACEK DECLARATION - 2
Civil Action No. 13-cv-00115
INIP-6-0002P06 MOT Seal

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 5, 2014 to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

In addition, service has been made on the following defaulted Defendants via U.S. Mail to the last known address:

| | |
|---|---|
| Mr. Dean Barnett<br>Ms. Brenda Barnett<br>4051 S. Wenas Rd.<br>Selah, WA 98942 | Ms. Stephanie Housden<br>1206 Millerdale Ave.<br>Wenatchee, WA 98801 |
| Mr. Andrew Lint<br>43603 E. Red Mountain Rd.<br>Benton City, WA 99230 | Mr. Carlos Rodriguez<br>1415 S. 6th St. Apt. F2<br>Sunnyside, WA 98944 |
| Mr. Rafael Torres<br>4211 W. Prasch Ave.<br>Yakima, WA 98908 | Ms. Shannon Williams<br>5209 E. Oregon Road<br>Elk, WA 99009 |

s/ David A. Lowe

PLAINTIFF'S MOTION TO SEAL EXHIBITS A-F TO
DANIEL MACEK DECLARATION - 3
Civil Action No. 13-cv-00115
INIP-6-0002P06 MOT Seal

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301