David A. Lowe
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
206.381.3300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELF-MAN, LLC,

              Plaintiff,

     v.

C.G. CHINQUE ALBRIGHT, et al.

              Defendants.

Civil Action No. 13-cv-00115 TOR

SUPPLEMENTAL DECLARATION
OF MICHAEL PATZER IN SUPPORT
OF DEFAULT JUDGMENT

I, Michael Patzer, declare as follows:

1.    I am over the age of 18 and am otherwise competent to make this declaration. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

2.    I work as an independent contractor predominantly for Excipio GmbH, a German company. I have extensive personal knowledge of Excipio's business.

3.    I personally designed, implemented, monitor and maintain the data collection system that Excipio both owns and uses to identify the IP Addresses used by people to commit copyright infringement via the BitTorrent Protocol.

DECLARATION OF MICHAEL PATZER IN
SUPPORT OF DEFAULT JUDGMENT - 1
Civil Action No. 13-cv-00115
INIP-6-0002P06 DEC_MP

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

4.      Excipio contracts with Crystal Bay Corporation ("Crystal Bay") to provide Crystal Bay with this data collection system, which is the system that Crystal Bay uses to detect infringement of Plaintiff's works. Specifically, Crystal Bay licenses the use of Excipio's system and servers.

5.      The data collection system used by Crystal Bay has numerous components. It contains, inter alia: (1) a proprietary BitTorrent Client; (2) servers running a MySQL database which log verified infringing transactions; (3) packet analyzers, also known as packet sniffers, which create and analyze PCAPs; (4) servers that run the proprietary BitTorrent Client and record PCAPs; (5) WORM ("Write Once Read Many") tape drives for storing the PCAPs and MySQL server data; (6) a program to synchronize the servers' clocks with both a GPS clock and an atom clock; (7) a proprietary program for checking the MySQL log files against the contents of the PCAPs.

6.      The BitTorrent Client used by Excipio is not commercially available and its code is a trade secret. It was written to overcome the unique challenges of entering into a massive number of BitTorrent transactions with a massive number of people without distributing data.

7.      If the servers are not synchronized with both the GPS Clock and atom clock to within one hundredth of a second the infringing transaction is not logged but instead disregarded.

8.      Every entry on the MySQL server log file correlates to a specific PCAP. Both the PCAPs and log files are saved onto WORM tape drives. There is no possibility that the information on these WORM drives can be edited. Further, each of the WORM tape drives is electronically stamped with a German government issued time stamp at least every twenty four hours.

DECLARATION OF MICHAEL PATZER IN
SUPPORT OF DEFAULT JUDGMENT - 2
Civil Action No. 13-cv-00115
INIP-6-0002P06 DEC_MP

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

9.      I independently reviewed the PCAPs for the following IP addresses and confirmed that the PCAPs recorded the IP addresses infringed Plaintiff's copyright by distributing pieces of data that correlate to Plaintiff's work at the exact Hit Dates and UTC times specified below:

- Doe No. 4: 68.119.15.168, 01/15/13 at 11:11:14 PM
- Doe No. 8: 199.36.95.71, 12/19/12 at 01:57:43 AM
- Doe. No. 9: 67.237.227.124, 12/15/12 at 11:12:25 AM
- Doe No. 10: 71.37.130.169, 12/14/12 at 06:33:22 PM
- Doe No. 20: 66.243.237.91, 12/03/12 at 11:36:42 PM
- Doe No. 26: 71.92.104.96, 12/02/12 at 01:10:07 AM

The exemplar PCAP file for Doe No. 4 is attached as Exhibit A. The same data is available for each separate defendant.

10.     More specifically, the monitoring system received data from a computer operating behind the noted IP addresses. That data produced a unique SHA-512 hash (fingerprint) which was compared to the SHA-512 hash (fingerprint) of a part of Plaintiff's movie. This resulted in a 100% match. This means that the data distributed by the infringer was from a part of Plaintiff's movie.

11.     Our software has not been the subject of any adverse decision with respect to its accuracy and technical reliability in any jurisdiction in the world. To the contrary, where presented and challenged, it has been uniformly found to be accurate and reliable.

12.     No one, including myself, at Excipio has an ownership in Crystal Bay or vice versa. I do not have an ownership interest in Excipio. I am not paid for my testimony and am not entitled to any portion of any money received from a settlement or judgment in Plaintiff's favor. Plaintiff has never paid Excipio or me anything. Excipio pays me a fixed amount on a monthly basis.

DECLARATION OF MICHAEL PATZER IN
SUPPORT OF DEFAULT JUDGMENT - 3
Civil Action No. 13-cv-00115
INIP-6-0002P06 DEC_MP

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1   I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   EXECUTED the ___3___ day of September, 2014.

4

5

6   Michael Patzer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MP

DECLARATION OF MICHAEL PATZER IN
SUPPORT OF DEFAULT JUDGMENT - 4
Civil Action No. 13-cv-00115
INIP-6-0002P06 DEC_MP

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 15, 2014 to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

In addition, service has been made on the following defaulted Defendants via U.S. Mail to the last known address:

| | |
|---|---|
| Mr. Dean Barnett<br>Ms. Brenda Barnett<br>4051 S. Wenas Rd.<br>Selah, WA 98942 | Ms. Stephanie Housden<br>1206 Millerdale Ave.<br>Wenatchee, WA 98801 |
| Mr. Andrew Lint<br>43603 E. Red Mountain Rd.<br>Benton City, WA 99230 | Mr. Carlos Rodriguez<br>1415 S. 6th St. Apt. F2<br>Sunnyside, WA 98944 |
| Mr. Rafael Torres<br>4211 W. Prasch Ave.<br>Yakima, WA 98908 | Ms. Shannon Williams<br>5209 E. Oregon Road<br>Elk, WA 99009 |

s/ David A. Lowe

DECLARATION OF MICHAEL PATZER IN
SUPPORT OF DEFAULT JUDGMENT - 5
Civil Action No. 13-cv-00115
INIP-6-0002P06 DEC_MP

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301