AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ELF-MAN, LLC <br> *Plaintiff* <br> v. <br> DEAN BARNETT and BRENDA BARNETT, <br> *Defendant* | Civil Action No. 13-CV-0115-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Elf-Man, LLC recover from the defendant *(name)* Dean Barnett and Brenda Barnett, jointly and severally, the amount of three thousand forty dollars ($ 3,040.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.11 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on an Order Granting Plaintiff's Renewed Motion for Default Judgment and Permanent Injunctions, permanently enjoining defendant from infringing upon Plaintiff's copyright, Elf-Man motion picture, Registration No. PAu 1-823-286. (ECF No. 134)

Date: October 31, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen